IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01707-STV

SHARON D. WILLIAMS,

    Plaintiff,

v.

COCHLEAR AMERICAS CORPORIATION d/b/a COCHLEAR,

    Defendant.

## JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Plaintiff Sharon D. Williams and Defendant Cochlear Americas Corporation d/b/a Cochlear (collectively, the "Parties"), jointly and through their respective counsel, respectfully move for a protective order limiting the use and dissemination of information which will be exchanged in the course of this litigation. In support of this Motion, the Parties represent as follows:

1. Through the course of mandatory disclosures and other discovery in this matter, the Parties anticipate that they will exchange information that is confidential business, financial, customer, and/or personal information.

2. Fed. R. Civ. P. 26(c) provides for the entry of "an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense," including "requiring that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a specified way."

3. This case includes allegations of discrimination that will likely require the Parties to exchange private information about Plaintiff, private and confidential information about Defendant's current and former employees, and confidential business information belonging to Defendant. The information the Parties seek to protect is not available to the public and maintaining its confidentiality is necessary to protect the Parties and other persons from annoyance, embarrassment, and harm.

4. As a means of expediting the efficient disclosure and discovery of relevant information in this matter, and to protect the confidential information exchanged between the Parties or obtained from third-parties in this case, the Parties agreed to Magistrate Judge Varholak's Protective Order template, without alterations.

5. The Parties request entry by the Court of the Proposed Stipulated Protective Order attached hereto.

Submitted November 9, 2022.

EMPOWER P.C.

*/s/ Christopher M.A. Lujan*
Christopher M.A. Lujan
2851 South Parker Road, Suite 316
Aurora, CO   80014
Telephone: (720) 791-500
Christopher@empowerlawdenver.com

*Attorney for Plaintiff*

WILLIAMS WEESE PEPPLE & FERGUSON PC

*/s/ Elizabeth A. Austin*
Bronwyn H. Pepple
Elizabeth A. Austin
1801 California Street, Suite 3400
Denver, CO 80202
Telephone: (303) 861-2828
bpepple@williamsweese.com
eaustin@williamsweese.com

*Attorneys for Defendant Cochlear*

# CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2022, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification to the following counsel of record via electronic mail:

Christopher M.A. Lujan
Empower P.C.
2851 South Parker Road, Suite 316
Aurora, CO   80014
christopher@empowerlawdenver.com

*Attorney for Plaintiff*

                                               */s/ Brenda M. Trujillo*
                                               WILLIAMS WEESE PEPPLE & FERGUSON PC